Case 1:25-cv-00157   Document 9   Filed on 07/29/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **TINATIN KURDOBADZE**, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:25-cv-00157 |
| | § | |
| **MERRICK GARLAND, ET AL.**, | § | |
| Defendants. | § | |

## ORDER FOR RESPONSE, FILE SUBMISSION, AND COUNSEL APPOINTMENT

On July 15, 2025, Petitioner Tinatin Kurdobadze ("Kurdobadze") filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (hereinafter, Kurdobadze's "Petition") alleging that she has been unlawfully detained by federal immigration authorities, citing the Supreme Court's holding in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. No. 1. Specifically, Kurdobadze asserts that she has "been granted protection from removal, and [is] no longer subject to deportation" but that she "continue[s] to be held in immigration detention [at the El Valle Detention Center] far beyond the legally permissible period." *Id.* at 1. Kurdobadze alleges that she has been detained since June 7, 2024, and that she received a final order from an Immigration Judge on December 16, 2024. *Id.* at 1, 5—8.

The United States Supreme Court has made clear that for purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate custodian of the petitioner who has the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court notes that the proper respondent is the *custodial officer* of the facility at which Kurdobadze is detained, here

the El Valle Detention Center in Raymondville, Texas.

Accordingly, the Court hereby **DIRECTS** the Clerk of Court to correct the docket to reflect Francisco Venegas – the Facility Administrator at the El Valle Detention Center – as the Respondent. If Venegas is no longer the custodial officer for the El Valle Detention Center, the Government shall inform the Court of who is the proper respondent.

The Clerk is **ORDERED** to serve the Petition and this Order upon Francisco Venegas at the El Valle Detention Facility at 1800 Industrial Drive in Raymondville, Texas 78580 and the United States Attorney for the Southern District of Texas, Nicholas Ganjei at 1000 Louisiana, Ste. 2300, Houston, TX 77002.

It is further **ORDERED** that Respondent shall file and serve an answer or other response to the Petition no later than **August 19, 2025** – responding to the allegations of the Petitioner. Respondent shall include a memorandum of law addressing each of the issues raised in the petition. Respondent shall include in his answer or other response: (1) a discussion of any and all custody-review determinations; (2) the status of Kurdobadze's removal period; (3) an explanation of any other Government action regarding Kurdobadze's continued detention and any available documentation regarding that detention, and (4) a timeframe for when Kurdobadze will either be removed from the United States or released from custody. All citations to the Immigration and Naturalization Act shall also reference to the appropriate section of the United States Code.

Respondent shall also file under seal—no later than **August 19, 2025**—a Bates stamped copy of Kurdobadze's A-file.

Respondent shall supplement the record with appropriate pleadings and advise the

Court of any further custody-review determinations or any changes in the legal character of Kurdobadze's detention, or if Kurdobadze is released on supervision or removed. If Kurdobadze is moved from the El Valle Detention Center, Respondent shall notify the Court of Kurdobadze's new address and the expected duration of the new housing assignment.

The Court notes that "when the Government moves a habeas petitioner after [he] properly files a petition naming [his] immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release." *Padilla*, 542 U.S. at 441.

Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court hereby **APPOINTS** Sergio Villarreal (SDTx Fed. No. 3516572) to represent Tinatin Kurdobadze for the remainder of this action.

**SO ORDERED.**

**SIGNED** on this **29th** day of **July, 2025**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge