United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TINATIN KURDOBADZE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-157 |
| | § | |
| MERRICK GARLAND, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Tinatin Kurdobadze is a native and citizen of the country of Georgia. In December 2024, an Immigration Judge issued a final order of removal as to Petitioner, but granted withholding of removal to Georgia. She has remained in immigration detention since then, and filed this habeas action seeking her immediate release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001).

On April 24, 2026, a United States Magistrate Judge issued a Report and Recommendation, recommending that the Petition be granted in part. (R&R, Doc. 37)

On May 6, the Court held a hearing in this matter and then issued a Preliminary Injunction regarding Respondents' removal of Petitioner to a country other than Georgia. (Prel. Inj., Doc. 50) At the hearing, Respondents indicated that they intend to move forward with the third-country removal of Petitioner, and that they had been prepared to do so last month, but for the Court's issuance of a Temporary Restraining Order (Doc. 38) precluding such removal without certain specific procedural protections.

Currently, the parties have until May 8 to file objections to the Report and Recommendation. Petitioner's removal to a third country would render moot the recommendations within the Report and Recommendation. To facilitate the Court's

consideration of the issues in this case, the Court extends the time for the parties to file objections to the Report and Recommendation.  As a result, it is:

**ORDERED** that by no later than June 3, 2026, a party shall file any objections to the Report and Recommendation (Doc. 37); and

**ORDERED** that by no later than June 10, 2026, a party may file a response to any objections to the Report and Recommendation.

Signed on May 6, 2026.

Fernando Rodriguez, Jr.
United States District Judge