UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TINATIN KURDOBADZE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-157 |
| | § | |
| FRANCISCO VENEGAS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Tinatin Kurdobadze is currently detained by Immigration and Customs Enforcement at the El Valle Detention Facility in Willacy County, Texas.  She is subject to a final order of removal, but in this habeas action alleges that her removal is not reasonably foreseeable, warranting her immediate release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1).  The Government moves to dismiss the Petition. (MtD, Doc. 22)

A United States Magistrate Judge recommends that the Court deny the motion to dismiss, grant the writ of habeas corpus, and order that Respondent release Petitioner "subject to supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5[.]" (R&R, Doc. 37)  The Court gave the parties until June 3 to file any objections to the R&R. (Order, Doc. 1)  The deadline passed with no objections filed.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 37).  It is:

**ORDERED** that the Government's Motion to Dismiss (Doc. 22) is **DENIED**;

**ORDERED** that Petitioner Tinatin Kurdobadze's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent indicated in this Order; and

**ORDERED** that by no later than June 9, 2026, Respondent shall release Petitioner Tinatin Kurdobadze from custody, subject to supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on June 5, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge